UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY RAY BENTON,

Petitioner,

v.

DOERER,

Respondent.

No. 2:26-cv-2393 WBS CSK P

ORDER

Petitioner, a federal prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. In his application, petitioner challenges a conviction issued by the United States District Court for the District of Connecticut. Petitioner is incarcerated at Atwater U.S. Penitentiary, County of Merced. See 28 U.S.C. § 84(a). Merced County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

Dated: August 11, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/bent2393.109